IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 AUG 19 AM 6:50

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

---

SUE E. FINLEY,

    Plaintiff,

VS.                                   NO. 04-2638-MaP

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.

---

ORDER OF REFERENCE

---

Before the court is plaintiff's August 16, 2004, Complaint for review of a Social Security decision and motion to proceed *in forma pauperis*. This matter is hereby referred to the United States Magistrate Judge for a report and recommendation. Any exceptions to the magistrate's report shall be made within ten (10) days of her report, setting forth particularly those portions of the order excepted to and the reasons for the exceptions.

IT IS SO ORDERED this 18th day of August, 2004.

/s/ Samuel H. Mays, Jr.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-23-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:04-CV-02638 was distributed by fax, mail, or direct printing on August 23, 2005 to the parties listed.

---

Lester T. Wener
MCWHORTER & WENER
100 N. Main Street
Ste. 1234
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT