IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 NOV -3 AM 9:37

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

SUE E. FINLEY,

    Plaintiff,

vs.    No. 04-2638-Ma/P

JO ANNE BARNHART,
COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

---

### ORDER GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS

Plaintiff Sue E. Finley, through counsel, filed a pro se complaint pursuant to 42 U.S.C. § 405(g) on August 16, 2004, along with a motion seeking leave to proceed in forma pauperis. Based on the information set forth in the plaintiff's affidavit, the motion to proceed in forma pauperis is GRANTED.[1]

IT IS SO ORDERED this 31st day of October, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

---

[1] The docket sheet lists two letters from plaintiff's attorney seeking a decision on the in forma pauperis motion "to determine who will be issuing the Summons." The docket sheet indicates that summonses were issued to plaintiff's counsel on August 16, 2004, the date the complaint was filed.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:04-CV-02638 was distributed by fax, mail, or direct printing on November 7, 2005 to the parties listed.

---

Lester T. Wener
MCWHORTER & WENER
100 N. Main Street
Ste. 1234
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT